DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN C. VELASQUEZ ANDRES**,
Appellant,

v.

**MAURA GODINEZ PEREZ**,
Appellee.

No. 4D18-691

[June 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502017DR011335XXXXMB.

Judith Ballen and Edward F. O'Connor, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***